KEN NAGY (I.S.B. No. 6176)
ATTORNEY AT LAW
P.O. Box 164
Lewiston, Idaho 83501
Telephone: (208) 301-0126
Facsimile: (509) 758-9820
E-mail: knagy@lewiston.com

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, | ) ) ) | CASE NO. CV 10-25-E-CWD |
| Plaintiff, | ) ) | STIPULATION TO DISMISS |
| vs. | ) ) | |
| PARKWOOD MEADOWS L.L.C., | ) ) | |
| Defendant. | ) ) | |

COMES NOW the Plaintiff Intermountain Fair Housing Council, by and through its

attorney of record Ken Nagy, Attorney at Law, and the Defendant Parkwood Meadows L.L.C.,

by and through its attorney of record Paul George of Roberts Kaplan LLP, and hereby stipulate

and agree that the parties have reached a complete settlement of the claims at issue herein and

that the above-entitled proceeding shall be dismissed with prejudice in its entirety, with each

party bearing its own attorney's fees and costs incurred herein.

STIPULATION TO DISMISS            1

DATED this ___20th___ day of _____October_____, 2010.


_____/s/_____
KEN NAGY
Attorney for Plaintiff


_____/s/_____
PAUL GEORGE
Attorney for Defendant


STIPULATION TO DISMISS          2